UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  
MAURICIO D. HERNANDEZ

CASE NO.   05-41197-BKC-AJC

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 153.05 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: 3-25-11

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

MAURICIO D. HERNANDEZ
10750 N.W. 66 ST.
# 212B
MIAMI, FL 33178

MARY REYES, ESQ.
782 NW 42 AVE
SUITE 447
MIAMI, FL 33126

WASHINGTON MUTUAL BANK
RISK CONTAINMENT
990 S SECOND ST
COOS BAY, OR 97420

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

```
                    UNITED STATES BANKRUPTCY COURT
                      SOUTHERN DISTRICT OF FLORIDA


IN RE:                                 CASE NO.   05-41197-BKC-AJC
MAURICIO D. HERNANDEZ


                                       CHAPTER 13


   MAURICIO D. HERNANDEZ

   10750 N.W. 66 ST.
   # 212B
   MIAMI, FL 33178

   MARY REYES, ESQ.
   782 NW 42 AVE
   SUITE 447
   MIAMI, FL 33126

   WASHINGTON MUTUAL BANK         --------$          153.05
   RISK CONTAINMENT
   990 S SECOND ST
   COOS BAY, OR 97420                    UNDELIVERABLE/STALE
                                         CLAIM REGISTER#  16-1
   U.S. Trustee
   51 S.W. 1st Avenue
   Miami, Florida 33130
```