UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  
MAURICIO D. HERNANDEZ

CASE NO.  05-41197-BKC-AJC

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 102.52 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

(  ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: 3-25-11

NANCY N. HERKERT  
CHAPTER 13 TRUSTEE

Copies to:

MAURICIO D. HERNANDEZ  
10750 N.W. 66 ST.  
#212B  
MIAMI, FL 33178

MARY REYES, ESQ.  
782 NW 42 AVE  
SUITE 447  
MIAMI, FL 33126

CHASE BANK-CIRCUIT CITY VISA  
CHASE BANK, USA, NA  
POB 100018  
KENNESAW, GA 30156-9204

U.S. Trustee  
51 S. W. 1st Avenue  
Miami, Florida 33130

```
               UNITED STATES BANKRUPTCY COURT
                  SOUTHERN DISTRICT OF FLORIDA

IN RE:
MAURICIO D. HERNANDEZ                CASE NO.   05-41197-BKC-AJC


                          CHAPTER 13


  MAURICIO D. HERNANDEZ

  10750 N.W. 66 ST.
  # 212B
  MIAMI, FL 33178

  MARY REYES, ESQ.
  782 NW 42 AVE
  SUITE 447
  MIAMI, FL 33126

  CHASE BANK-CIRCUIT CITY VISA    ---------$         102.52
  CHASE BANK, USA, NA
  POB 100018                              UNDELIVERABLE/STALE
  KENNESAW, GA 30156-9204                 CLAIM REGISTER# 5

  U.S. Trustee
  51 S.W. 1st Avenue
  Miami, Florida 33130
```